| UNITED STATES BANKRUPTCY COURT | **Hearing date:** January 28, 2020 |
|---|---|
| SOUTHERN DISTRICT OF NEW YORK | **Hearing time:** 9:00 a.m. |
| (Poughkeepsie Division) | |

---------------------------------------------------x

In re:

     LISA MARIE BATES,                           Case No. 19-36502 (CGM)

                                                    Chapter 7

                  Debtor.

---------------------------------------------------x

## NOTICE OF HEARING, NOTICE OF MOTION
## AND MOTION TO (1) DISMISS CHAPTER 7
## CASE AND (2) EXTEND TIME TO OBJECT
## TO THE DISCHARGE OF THE DEBTOR

     **NOTICE IS HEREBY GIVEN** that the United States Trustee has scheduled a hearing pursuant to 11 U.S.C. § 707(a) to consider dismissal of the chapter 7 petition filed by the debtor and an extension of time to object to the debtor's discharge. The hearing will be held before the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge, on **January 28, 2020 at 9:00 a.m.**, at the United States Bankruptcy Court, 355 Main Street, Poughkeepsie, New York 12601.

     **PLEASE TAKE FURTHER NOTICE** that responsive papers, with proof of service, shall be filed with the Clerk of the Court, with courtesy copies delivered directly to the Bankruptcy Judge's chambers and served on the United States Trustee at Alicia.M.Leonhard@usdoj.gov, so as to be received at least seven days before the hearing. *If the debtor does not appear at the hearing on this motion, it may be granted on default.*

Dated: December 10, 2019                          VITO GENNA
                                                CLERK OF THE COURT

     **UPON** the affirmation of the chapter 7 trustee, the United States Trustee hereby moves for an order dismissing the above-captioned chapter 7 case, and for an extension of time to object to the debtor's discharge, for the failure of the debtor to appear and submit to examination on October 17, 2019 and November 21, 2019 at the meeting of creditors mandated by 11 U.S.C. § 341(a). In the absence of the examination of the debtor, the trustee is unable to effectively administer the case.

Dated: December 10, 2019                        WILLIAM K. HARRINGTON
         Albany, NY                            UNITED STATES TRUSTEE
                                                REGION 2

                                                By:   */s/ Alicia M. Leonhard*
                                                Alicia M. Leonhard
                                                Trial Attorney
                                                Office of the United States Trustee
                                                Leo W. O'Brien Federal Building
                                                11A Clinton Ave., Room 620
                                                Albany, NY 12207
                                                Telephone: 202.495.9929
                                                Email: Alicia.M.Leonhard@usdoj.gov